# EXHIBIT 1
# (INDEX OF MATTERS BEING FILED)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON CHARGOIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. _____ |
| | § | |
| LABATON SUCHAROW, | § | |
| ERIC J. BELFI, AND | § | |
| CHRISTOPHER J. KELLER | § | |
| | § | |
| Defendants. | § | |

## **INDEX OF MATTERS BEING FILED**

Removed from the District Court of Harris County, Texas, 190th Judicial District, Cause No. 2021-26752:

| Filed Matter | Exhibit No. |
|---|---|
| Index of Matters Being Filed | 1 |
| Declaration of Eric J. Belfi | 2 |
| State Court Docket Sheet | 3 |
| Original Petition for Declaratory Judgment with Exhibit A | 4 |
| Email Memorializing Agreement re: Service of Process | 5 |
| List of Counsel of Record and Parties Represented | 6 |
| State Court Notice of Filing of Notice of Removal | 7 |
| | |