# EXHIBIT 2
# (DECLARATION OF ERIC J. BELFI)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAMON CHARGOIS § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> LABATON SUCHAROW, § <br> ERIC J. BELFI, AND CHRISTOPHER § <br> J. KELLER § <br> § <br> Defendants. § | C.A. NO. _____ |

## DECLARATION OF ERIC J. BELFI

I, Eric J. Belfi, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. I am a Partner in the law firm of Labaton Sucharow LLP ("Labaton") and a member of the firm's Executive Committee. The following statement is within my personal knowledge and is true and correct.

2. Twenty percent of the fees awarded to Labaton in those cases in which Plaintiff Damon Chargois claims an interest far exceeds $75,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Eric J. Belfi_
Eric J. Belfi