United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAMON CHARGOIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-2427 |
| § | |
| LABATON SUCHAROW LLP, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

Pending before the Court is the Plaintiff's Motion to Remand (Doc. No. 8). After considering the parties' filings, the argument of counsel, and the applicable law, the Court denies the motion. Accordingly, it is hereby

ORDERED that the Plaintiff's Motion to Remand (Doc. No. 8) is DENIED.

SIGNED at Houston, Texas, this 29th day of November 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE